■ In the Matter of JAMES COLEMAN, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [859 NYS2d 882]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered March 4, 2008) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (see Matter of Free v Coombe, 234 AD2d 996 [1996]). Present—Martoche, J.P., Smith, Peradotto, Green and Gorski, JJ.

■ In the Matter of CHRIS APPLEWHITE, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [859 NYS2d 891]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered March 4, 2008) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Martoche, J.P., Smith, Peradotto, Green and Gorski, JJ.